**Kathleen KRAUS, Plaintiff/Appellant,**

v.

**STANDARD INSURANCE COMPANY, Thomas Brown, and Scott Martin, Defendants/Respondents,**

and

**Monarch Fire Protection District and The International Association of Firefighters of Eastern Missouri[1], Defendants.**

No. ED 98802.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 9, 2013.

Sophie Woodworth, Kansas City, MO, for appellant.

Richard J. Pautler, St. Louis, MO, for respondent Standard Insurance Company and Scott Martin.

Paul Francis Devine, Maryland Heights, MO, for respondent Thomas W. Brown.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

---

1. Monarch Fire Protection District and The International Association of Firefighters of

ORDER

PER CURIAM.

Kathleen Kraus (Kraus) appeals from the trial court's entry of summary judgment in favor of Standard Insurance Company, Thomas Brown, and Scott Martin on Kraus' petition alleging negligence, misrepresentation, negligent infliction of emotional distress, and punitive damages. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claim of error to be without merit. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).